JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO ORTIZ, JR., <br><br> Petitioner, <br> vs. <br> RONALD RACKLEY, <br><br> Respondent. | Case No. CV 16-04894-PSG (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction of United States Magistrate Judge, IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 7/19/16

PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE